No. 70–199.  BALL *v.* BOARD OF TRUSTEES OF THE KERR-
VILLE INDEPENDENT SCHOOL DISTRICT ET AL.  C. A. 5th
Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the
opinon that certiorari should be granted.

No. 70–218.  SMITH ET AL. *v.* BOARD OF EDUCATION OF
PINELLAS COUNTY, FLORIDA, ET AL.  C. A. 5th Cir.  Cer-
tiorari denied.  MR. JUSTICE DOUGLAS is of the opinion
that certiorari should be granted.

No. 70–240.  ANDERSON *v.* LAIRD, SECRETARY OF DE-
FENSE, ET AL.  C. A. 7th Cir.  Certiorari denied.  MR.
JUSTICE DOUGLAS is of the opinion that certiorari should
be granted.

No. 70–246.  GOULET *v.* MUNICIPAL COURT OF PASA-
DENA JUDICIAL DISTRICT, COUNTY OF LOS ANGELES.  Ct.
App. Cal., 2d App. Dist.  Certiorari denied.  MR. JUS-
TICE DOUGLAS is of the opinion that certiorari should be
granted.

No. 70–261.  SCOTT *v.* NEW YORK.  Ct. App. N. Y.
Certiorari denied.  MR. JUSTICE DOUGLAS is of the opin-
ion that certiorari should be granted.

No. 70–287.  JACKS *v.* NEW JERSEY;
No. 70–308.  FELDMAN *v.* NEW JERSEY; and
No. 70–317.  LEUTY *v.* NEW JERSEY.  Super. Ct. N. J.
Certiorari denied.  MR. JUSTICE DOUGLAS is of the opin-
ion that certiorari should be granted.

No. 70–297.  JEFFERSON COUNTY TEACHERS ASSN. ET
AL. *v.* BOARD OF EDUCATION OF JEFFERSON COUNTY.  Ct.
App. Ky.  Certiorari denied.  MR. JUSTICE DOUGLAS is
of the opinion that certiorari should be granted.